## STATE OF IOWA v. C. E. OSBORNE, Appellant.

**Robbery:** DEFINED: *Instructions.* In a prosecution for robbery, an instruction defining the offense as "larceny of property from the person of the owner, accompanied by violence or putting him in fear," is not erroneous under Code, section 4753, providing that if any person, with fear or violence, or by putting in fear, steal and take from the person of another any property that is the subject of larceny, he is guilty of robbery.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

SATURDAY, APRIL 12, 1902.

*McHenry & McHenry* for appellant.

*Charles W. Mullan* Attorney-General, and *Chas. A. Van Vleck*, Assistant Attorney-General, for the state.

McCLAIN, J.—The only error assigned is in the giving of an instruction in which robbery is defined as "the larceny of property from the person of the owner, accompanied by violence or putting him in fear." While this is not the language of the definition given in the Code (section 4753), it is we think, equivalent to that of the Code. See Bouvier's Law Dictionary (Rawle's Ed.) *sub nom.* "Robbery."—*Affirmed.*